UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHELLE TULINO,
                       Plaintiff,

        -against-

THE CITY OF NEW YORK and SHAAZAD ALI,
                       Defendants.
-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/19
```

15 **CIVIL** 7106 (JSR)

**JUDGMENT**

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Jed S. Rakoff, United States District Judge, Plaintiff Michelle Tulino is awarded $1,500,000, against Shaazad Ali and the City of New York for compensatory damages on her claim for hostile work environment and in favor of Plaintiff Michelle Tulino and against the City of New York, in the amount of $500,000 for compensatory damages on her claim for retaliation, for a total of $2,000,000.

DATED:  New York, New York
             March 18, 2019

                                                              RUBY J. KRAJICK

So Ordered:                                                  Clerk of Court

_____       BY:  _____
     U.S.D.J.                                                      Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MICHELLE TULINO,

        Plaintiff,         15-cv-7106 (JSR)

-v-

THE CITY OF NEW YORK and SHAAZAD ALI,

        Defendants.
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/19

## JURY'S VERDICT

[For each claim, check Liable or Not Liable. If you find the defendants Liable on any given claim, you must award damages for that claim. If you find Not Liable for a given claim, leave the damages entry for that claim blank and move on to the next claim.]

### A. Claim of Hostile Work Environment

1. On Plaintiff's claim for hostile work environment, we the jury find Shaazad Ali and the City of New York:

    Liable  ✓        Not Liable _____

2. We the jury award Plaintiff the following compensatory damages on her claim for hostile work environment:

    $ 1,500,000

### B. Claim of Retaliation

3. On Plaintiff's retaliation claim, we the jury find the City of New York:

    Liable  ✓        Not Liable _____

4. We the jury award Plaintiff the following compensatory damages on her claim for retaliation:

    $ 500,000

### C. Claim of Battery

5. On Plaintiff's battery claim, we the jury find Shaazad Ali:

Liable _____    Not Liable __✓__

6. We the jury award Plaintiff the following compensatory damages on her claim for battery:

$ _____

### D. Punitive Damages

[If, but only if, you have found Shaazad Ali personally liable on Plaintiff's claims of hostile work environment and/or battery, you may then consider whether, in your discretion, to award punitive damages, if Plaintiff meets the further requirements for such damages set forth in the Court's instructions.]

7. We the jury find that punitive damages against Shaazad Ali are:

Warranted _____    Not Warranted __✓__

_____
FOREPERSON

Date: Feb. 28, 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Before: Jed S. Rakoff, U.S.D.J.

Date: 02-20-2019

MichelleTulino                                    Case #:
15civ7106 (JSR)

Courtroom Deputy: Linda Kotowski

        Plaintiff(s)                Court Reporters:

   -against-

NYC Business Assistance

        Defendant(s)

-----------------------------------------------------------X

## AN EXTRACT OF THE MINUTES

Plaintiff(s) by:   Phillip Pizzuto and Andrea Moss, Esq.
                   PGP Law Group
                   11 Park Place - Suite 1503
                   New York, NY 10007
                   888-766-6964

Defendant(s) by:  William Grey and Evan Piercey, Esq.
                   New York City Law Department

*100 Church Street*
*New York, NY 10007*
*212-356-2452*

*A jury trial began on, 02-20-2019, and continued on the following dates:*
*February 21, 2019, February 22, 2019, February 25, 2019.February 26, 2019,*
*February 27, 2019, February 28, 2019 .*

*The jury returned with the following verdict:*
**For the plaintiff.if the amount of $2,000,000.00.**
Verdict form attached.