UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------
| MICHELLE TULINO,            |
|                             |
|          Plaintiff,         |
|                             |
|      -against-              |
|                             |
| SHAAZAD ALI and THE CITY OF |
| NEW YORK,                   |
|                             |
|          Defendants.        |
-----------------------------
```

```
| USDC SDNY                |
| DOCUMENT                 |
| ELECTRONICALLY FILED     |
| DOC #:                   |
| FILED: 3/21/19           |
```

15-cv-7106 '(JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

During the trial of this case, plaintiff dismissed her claims against individual defendants Ismail Mohamed, Robert Walsh, Andrew Schwartz, Gretta Arenas, and Narda Amarilla-Fernandez. See Tr. Feb. 21, 2019, at 197:16-198:20, ECF No. 184; Tr. Feb. 22, 2019, at 280:2-6, ECF No. 186. Accordingly, all claims against those defendants are hereby dismissed, with prejudice.

Additionally, although plaintiff initially asserted various claims against both the City of New York and the New York City Business Assistance Corporation ("NYBAC"), plaintiff ultimately elected to proceed only against the City. See Joint Pretrial Order ¶ 4, ECF No. 167. Accordingly, all claims against defendant NYBAC are hereby dismissed, with prejudice.

1

Finally, defendants' motions in limine were resolved by the Court prior to trial. Therefore, the Clerk of the Court is respectfully directed to close docket entry 171.

SO ORDERED.

Dated:    New York, NY

        March 21, 2019              JED S. RAKOFF, U.S.D.J.

2