UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MICHELLE TULINO,

                Plaintiff,

                                                                   15 Civ. 7106 (JSR)

-vs-

THE CITY OF NEW YORK, THE NEW YORK CITY
DEPARTMENT OF SMALL BUSINESS SERVICES,
NEW YORK CITY BUSINESS ASSISTANCE
CORPORATION, SHAAZAD ALI, ISMAIL MOHAMED,
ROBERT WALSH, ANDREW SCHWARTZ, ANTHONY
DELL'OLIO, SARAH KRAUSS, GRETA ARENAS,
NARDA AMARILLA-FERNANDEZ, BRYANA SHENTON,
MYRNA MATEO, PAT DAURIA and FRANK CARNESI,

                Defendants.
-------------------------------------------------------X

**NOTICE OF APPEAL**

      PLEASE TAKE NOTICE that Plaintiff Michelle Tulino appeals to the United States Court of Appeals for the Second Circuit from each and every part of the district court's Amended Judgment dated August 2, 2019, including, but not limited to, the district court's order dismissing Plaintiff's constructive discharge claim under the New York City Human Rights Law as a matter of law, and the district court's order denying Plaintiff's motion for a new trial on that claim.

Dated: August 26, 2019

Respectfully submitted,

/s/ Stephen Bergstein
STEPHEN BERGSTEIN

BERGSTEIN & ULLRICH, LLP
5 Paradies Lane
New Paltz, New York 12561
(845) 469-1277

ANDREA MOSS

ALI LAW GROUP
11 Prospect Street
Huntington, New York 11743
(212) 242-6152
Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MICHELLE TULINO,

                 Plaintiff,

-against-

THE CITY OF NEW YORK, et al.,
                 Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 8/2/19

15 CIVIL 7106 (JSR)

**AMENDED JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated August 1, 2019, Plaintiff's motion for a new trial is denied. Defendant's motion for judgment as a matter of law is denied. Defendant's motion for remittitur is granted to the extent of reducing the verdict to $1,250,000, consisting of $1,000,000 for plaintiff's hostile work environment claim and $250,000 for plaintiff's retaliation claim. Plaintiff's motion for attorney's fees on behalf of her current counsel is granted in the amount of $299,726.79. Plaintiff's motion for attorney's fees on behalf of her former counsel is granted in the amount of $377,069.40.

**Dated:** New York, New York
         August 2, 2019

                                        **RUBY J. KRAJICK**
                                            **Clerk of Court**

                         BY:

                                              **Deputy Clerk**